1  DOUGLAS A. WICKHAM, Bar No. 127268
   (dwickham@littler.com)
2  SAM SANI, Bar No. 273994
   (ssani@littler.com)
3  LITTLER MENDELSON
   A Professional Corporation
4  2049 Century Park East, 5th Floor
   Los Angeles, California 90067.3107
5  Telephone:   310.553.0308
   Fax No.:     310.553.5583
6
   SPENCER H. HIPP, Bar No. 090485
7  (shipp@littler.com)
   LITTLER MENDELSON
8  A Professional Corporation
   5200 North Palm Avenue, Suite 302r
9  Fresno, California 93704
   Telephone:   559.244.7500
10 Fax No.:     559.244.7525

11 Attorneys for Plaintiff
   PSC INDUSTRIAL OUTSOURCING, LP
12

13               UNITED STATES DISTRICT COURT

14               EASTERN DISTRICT OF CALIFORNIA

15 PSC INDUSTRIAL                         Case No.  1:13-CV-00964-AWI-JLT
   OUTSOURCING, LP, a Delaware
16 limited partnership,

17           Plaintiff,                   **ORDER RE: PLAINTIFF PSC
                                          INDUSTIAL OUTSOURCING, LP'S
18     v.                                 REQUEST TO SEAL DOCUMENTS**

19 KENNETH KODYSZ, an
   Individual,
20
             Defendant.
21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: REQUEST TO
SEAL DOCUMENTS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having reviewed Plaintiff PSC Industrial Outsourcing, LP's Notice of Request to Seal Documents, Request to Seal Documents, and the declaration filed in support of Plaintiff's Request to Seal Documents, the Court hereby finds that good and sufficient cause exists to issue the following order.

IT IS ORDERED THAT the following Documents are ordered permanently sealed: (1) Declaration of Josh M. McMorrow Filed under Seal in support of Plaintiff's Ex Parte Application for a Temporary Restraining Order and an Order to Show Cause Re Preliminary Injunction ("McMorrow Decl. under Seal"), (2) Exhibit A to McMorrow Decl. under Seal, (3) Exhibit B to McMorrow Decl. under Seal, (4) Declaration of James C. Woodard II Filed under Seal in support of Plaintiff's Ex Parte Application for a Temporary Restraining Order and an Order to Show Cause Re Preliminary Injunction ("Woodard Decl. under Seal"), (5) Exhibit A to Woodard Decl. under Seal.

Only the parties, the Court, and Court personnel shall have access to the sealed Documents.

IT IS SO ORDERED.

Dated: July 3, 2013

SENIOR DISTRICT JUDGE

[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS     1.