DOUGLAS A. WICKHAM, Bar No. 127268
(dwickham@littler.com)
SAM SANI, Bar No. 273994
(ssani@littler.com)
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone:   310.553.0308
Fax No.:       310.553.5583

SPENCER H. HIPP, Bar No. 090485
(shipp@littler.com)
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue, Suite 302r
Fresno, California 93704
Telephone:   559.244.7500
Fax No.:       559.244.7525

Attorneys for Plaintiff
PSC INDUSTRIAL OUTSOURCING, LP

HEATHER A. KABELE, Bar No. 205450
(hkabele@sjgolaw.com)
DAVID E. FINCK (*Admitted Pro Hac Vice*)
(finck@sjgolaw.com)
SCHWARTZ, JUNELL, GREENBERG &
OATHOUT, LLP
909 Fannin, Suite 2700
Houston, Texas 77010
Telephone:   713.752.0100
Fax No:         713.752.0327

Attorneys for Defendant
KENNETH KODYSZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSC INDUSTRIAL OUTSOURCING, LP, a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH KODYSZ, an Individual,<br><br>Defendant. | Case No. 1:13-CV-00964-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>**(Doc. 19)** |

**ORDER**

Good cause appearing, the Court **ORDERS:**

1. The Scheduling Conference is continued to **November 7, 2013 at 9:30 am.**;

2. The joint scheduling report **SHALL** be filed **no later than October 31, 2013**.

IT IS SO ORDERED.

Dated:   **October 2, 2013**                          **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28