DOUGLAS A. WICKHAM, Bar No. 127268
(dwickham@littler.com)
SAM SANI, Bar No. 273994
(ssani@littler.com)
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone:   310.553.0308
Fax No.:      310.553.5583

SPENCER H. HIPP, Bar No. 090485
(shipp@littler.com)
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue, Suite 302r
Fresno, California 93704
Telephone:   559.244.7500
Fax No.:      559.244.7525

Attorneys for Plaintiff
PSC INDUSTRIAL OUTSOURCING, LP

HEATHER A. KABELE, Bar No. 205450
(hkabele@sjgolaw.com)
DAVID E. FINCK (*Admitted Pro Hac Vice*)
(finck@sjgolaw.com)
SCHWARTZ, JUNELL, GREENBERG &
OATHOUT, LLP
909 Fannin, Suite 2700
Houston, Texas 77010
Telephone:   713.752.0100
Fax No:       713.752.0327

Attorneys for Defendant
KENNETH KODYSZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSC INDUSTRIAL OUTSOURCING, LP, a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH KODYSZ, an Individual,<br><br>Defendant. | Case No. 1:13-CV-00964-AWI-JLT<br><br>Assigned to the Hon. Anthony W. Ishii<br><br>**STIPULATION AND PROPOSED ORDER GRANTING LEAVE TO FILE FIRST AMENDED ANSWER**<br><br>Action Filed: June 24, 2013 |

Plaintiff PSC Industrial Outsourcing, LP ("Plaintiff") and Defendant Kenneth Kodysz ("Defendant") (collectively, the "parties"), by and through their respective

counsel, hereby agree and stipulate as follows:

1.   Defendant shall be granted leave to file its First Amended Answer to the Plaintiff's Complaint.  A copy of Defendant's First Amended Answer is attached as Exhibit A.

2.   Within ten (10) days of the Court's execution of this Order granting Defendant leave to amend its Answer, Defendant shall file and serve the First Amended Answer in this action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 11, 2014           /s/ Douglas Wickham
                                   Attorney for Plaintiff

DATED: February 11, 2014           /s/ David E. Finck
                                   Attorney for Defendant

IT IS SO ORDERED.

   Dated:   **February 12, 2014**            **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE