DOUGLAS A. WICKHAM, Bar No. 127268
(dwickham@littler.com)
LITTLER MENDELSON
A Professional Corporation
633 West Fifth Street, 63rd Floor
Los Angeles, California 90071
Telephone:     213.443.4300
Fax No.:     213.443.4299

SAM SANI, Bar No. 273994
(ssani@littler.com)
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone:     310.553.0308
Fax No.:     310.553.5583

SPENCER H. HIPP, Bar No. 090485
(shipp@littler.com)
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue, Suite 302r
Fresno, California 93704
Telephone:     559.244.7500
Fax No.:     559.244.7525

Attorneys for Plaintiff
PSC INDUSTRIAL OUTSOURCING, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSC INDUSTRIAL OUTSOURCING, LP, a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH KODYSZ, an Individual,<br><br>Defendant. | Case No.  1:13-CV-00964-AWI-JLT<br><br>**ORDER DISSOLVING TRO AND DISMISSING ACTION WITH PREJUDICE**<br><br>**[FED.R.CIV.PROC. 41(a)]**<br><br>Complaint Filed: June 24, 2013 |

1  **GOOD CAUSE APPEARING THEREFOR:**

2      After reviewing the Parties' Stipulation Re Order Dissolving TRO and

3  Dismissing Action With Prejudice, IT IS HEREBY ORDERED, ADJUDGED AND

4  DECREED THAT the temporary restraining order entered in this matter is dissolved

5  and this action and each claim for relief therein is hereby dismissed with prejudice.

6  Each party is to bears his or its own costs and attorneys' fees associated with the

7  prosecution and defense of this matter.

8  IT IS SO ORDERED.

9  Dated:   May 28, 2014           _____

10                          SENIOR  DISTRICT  JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28